IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY L. SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, ATTORNEY GENERAL OF THE UNITED STATES and THOMAS E. BRANDON, DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 16-1334 |

## **ORDER**

**AND NOW**, this 9th day of May, 2017, upon review of Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 6), memorandum of law in support, Plaintiff's opposition thereto, Defendants' reply, and after oral argument on said motion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 6) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to close this matter.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          **Jeffrey L. Schmehl, J.**